UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHITAT NG,<br><br>    Plaintiff,<br><br>v.<br><br>J. RUSSELL, et al.,<br><br>    Defendants. | Case No. 18-cv-00763-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

Rather than comply with the Court's Orders to provide initial disclosure of any potential trial witnesses, exhibits, and a list of damages sought and the basis for them (*see*, e.g., Dkts. 94 and 122), plaintiff Charles Ng has filed numerous motions but nothing that would allow the defendant to prepare the case for trial. The Court has explained that it has been impossible to find counsel for Ng, a fact confirmed by his unsuccessful efforts to do the same. The Court has determined that Ng has the ability to represent himself, a fact confirmed by his cogent, if unsuccessful, motions. The Court has addressed Ng's numerous concerns. *See* Dkt. Nos. 94, 95, 103, 108, 115, 119 and 122. Because of Ng's wholesale failure to comply with his obligation to provide disclosures, defendants have moved for terminating sanctions. That motion is unopposed.

Ng is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and comply with the Orders of the Court. He may expunge this ORDER TO SHOW CAUSE by filing complete disclosures, as previously ordered by the Court, on the Court's docket no later than October 14, 2022. If he fails to do so, his case will be DISMISSED with prejudice. If he files complete disclosures, the Court will set a Case Management Conference on October 26, 2022 at 1:30 p.m. to ask defendants whether they would like to proceed with the trial on December 12, 2022 or to continue it to a later date

**IT IS SO ORDERED.**

Dated: September 26, 2022



William H. Orrick
United States District Judge