UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES CHITAT NG,

    Plaintiff,

v.

J. RUSSELL, et al.,

    Defendants.

Case No. 18-cv-00763-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 135

Pursuant to the Stipulation for Voluntary Dismissal With Prejudice (Dkt. No. 135), **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 8, 2022

_____
WILLIAM H. ORRICK
United States District Judge